# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRAMOD M. RAWAL,<br><br>　　　　Defendant. | Case No. 2:93-cr-0012-KJD-NA<br><br>**Order Granting<br>Motion to Dismiss the Indictment<br>Without Prejudice and Quash the Arrest<br>Warrant** |

　　Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant PRAMOD M. RAWAL and quash the arrest warrant.

　　　　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Susan Cushman*
　　　　　　　　　　　　　　　　　　　　SUSAN CUSHMAN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　Leave of Court is granted for the filing of the above dismissal.

　　DATED this __8th__ day of __October__, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE